

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00111-CR

**IN RE** Ryan Xavier **GARCIA**

Original Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

Delivered and Filed: February 18, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On February 12, 2026, relator, Ryan Xavier Garcia, filed a petition for writ of mandamus seeking to compel the actions of a justice of the peace in justice court proceedings. Garcia incorrectly asserts that Article 5, section 5 of the Texas Constitution and Article 4.04 of the Texas Code of Criminal Procedure grant this court jurisdiction to consider his petition. TEX. CONST. ART. V, § 5; TEX. CODE CRIM. PRO. ANN. ART. 4.04. We lack jurisdiction to issue a writ of mandamus against a justice of the peace or justice court unless it is necessary to preserve our jurisdiction. *See* TEX. GOV'T CODE § 22.221 (writ power of the courts of appeals); *see also In re Ramirez*, No. 04-22-00469-CV, 2022 WL 3908846, at *1 (Tex. App.—San Antonio Aug. 31, 2022, orig.

---

[1]This proceeding arises out of Cause No. 15-10-19087-X, 16-09-18778-FTA, styled *State of Texas v. Ryan Xavier Garcia*, pending in the County Court at Law, Atascosa County, Texas, the Honorable Jennifer Dillingham presiding.

proceeding) (courts of appeal lack jurisdiction to consider matters arising directly from justice court). Accordingly, relator's petition for writ of mandamus is dismissed.

PER CURIAM

DO NOT PUBLISH